## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ESKER MARTIN, III**                                                                    **PLAINTIFF**

**V.**                               **NO. 4:21-cv-00474-LPR-ERE**

**JOHNSON**                                                                    **DEFENDANT**

### RECOMMENDED DISPOSITION

## I.      Procedure for Filing Objections

This Recommendation for dismissal has been sent to United States District Judge Lee P. Rudofsky. Any party may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If no objections are filed, Judge Rudofsky may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, the parties may waive the right to appeal questions of fact.

## II.     Discussion

Plaintiff Esker Martin, III, formerly an inmate at the Pulaski County Regional Detention Facility (Detention Facility), filed this civil rights lawsuit *pro se* under 42 U.S.C. § 1983. *Doc. 1*. Mr. Martin sued Deputy Johnson (first name unknown).

On October 1, 2021, a summons for Defendant Johnson was returned to the Court unexecuted with the notation "return to sender need full name." *Doc. 10*. In his complaint, Mr. Martin states that: (1) the incident giving rise to this lawsuit occurred on May 27, 2021, at the Detention Facility; and (2) Defendant Johnson is female. *Doc. 1*. Therefore, the Court ordered counsel for the Detention Facility to provide a list of female current or former employees with the last name of Johnson who were on duty on May 27, 2021. *Doc. 11*. Counsel for the Detention Facility timely responded to the Court's Order, indicating that two females with the last name Johnson -- Kimber Johnson and Shenekda Johnson - were employed by the Detention Facility on the date in question. *Doc. 12* (sealed); *Doc. 13*.

On October 25, 2021, the Court ordered Mr. Martin to notify the Court whether he wants to hold Kimber Johnson or Sheneka Johnson liable for allegedly using excessive force against him on the date in question. *Doc. 13*.

On November 5, 2021, Mr. Martin notified the Court of a change of address. *Doc. 14*. The same day, the Court mailed a copy of the October 25, 2021 Order to Mr. Martin at his new address. To date, Mr. Martin has not responded in any way to the Court's October 25, 2021 Order, and the time to do so has passed.

## III.    <u>Conclusion</u>

IT IS THEREFORE RECOMMENDED THAT:

1.    Mr. Martin's claims be DISMISSED, without prejudice, based on his

failure to comply with the Court's October 25, 2021 Order and his failure to prosecute this case.

2.      The Clerk be instructed to close this case.

DATED this 8th day of December, 2021.

_____
UNITED STATES MAGISTRATE JUDGE